**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivy Darlene Johnson, | No. CV-17-04793-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Pending before the Court is a mandate from the Ninth Circuit, informing the Court of the Ninth's Circuit's reversal and remand of this Court's order and the ALJ's decision in this case. (Doc. 39; 39-1.)

The Ninth Circuit's Memorandum Opinion remands this matter to the agency for further proceedings. (Doc. 39-1 at 7.) The Ninth Circuit directs the agency "to reevaluate the record—and, specifically, to consider evidence regarding mental impairments and symptoms—to determine whether Johnson is disabled" as "rapidly as possible on remand." (*Id.*)

Accordingly,

**IT IS ORDERED** remanding this case for further proceedings consistent with the Ninth Circuit's Memorandum Opinion. (Doc. 39-1.)

…

…

…

**IT IS FURTHER ORDERED** instructing the Clerk to enter judgment consistent with this order and terminate this case.

Dated this 8th day of August, 2022.

_____
Honorable Susan M. Brnovich
United States District Judge